FILED IN
COURT OF CRIMINAL APPEALS

March 12, 2015

ABEL ACOSTA, CLERK

PD-1427-13
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/11/2015 7:22:07 PM
Accepted 3/12/2015 8:56:36 AM
ABEL ACOSTA
CLERK

No. PD-1427-13

## IN THE TEXAS COURT OF CRIMINAL APPEALS

**VANESSA CAMERON,**
*Petitioner,*

*v.*

**STATE OF TEXAS,**
*Respondent.*

---

## MOTION FOR LEAVE TO FILE REPONSE TO STATE'S REPLY

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS, SAN ANTONIO, TEXAS:

NOW COMES, Petitioner, VANESSA CAMERON, by and through undersigned counsel files this motion for leave to file a Reply to the State's Brief and in support of same would show the following:

1. On February 13, 2015 this Honorable Court notified Counsel that the Court would allow oral argument and further briefing on rehearing, for submission on March 18, 2015.

2. The State filed its Brief Following the Granting of Rehearing on Petition for Discretionary Review on February 20, 2015.

3. Undersigned counsel are filing their Reply Brief promptly to give this Honorable Court time to sufficiently review this Brief prior to submission.

**ELECTRONIC**

**RECORD**

1

WHEREFORE, PREMISES CONSIDERED, the Petitioner, Vanessa Cameron, respectfully prays that this Honorable Court grant this Motion for Leave to File a Reply to State's Brief.

Respectfully submitted:

GERALD H. GOLDSTEIN
Bar No. 08101000
DONALD H. FLANARY
Bar No. 24045877
GOLDSTEIN, GOLDSTEIN AND HILLEY
310 S. St. Mary's St.
29th Floor Tower Life Bldg.
San Antonio, Texas 78205
210-226-1463
210-226-8367 facsimile

JOHN T. HUNTER
Bar No. 24077532
310 S. St. Mary's St.
Suite 1840- Tower Life Bldg.
San Antonio, Texas 78205
210-399-8669
210-568-4927 facsimile

By: /s/ *Gerald H. Goldstein*
        Gerald H. Goldstein

Attorneys for Applicant,
VANESSA CAMERON

2

## CERTIFICATE OF SERVICE

This is to certify that on March 11, 2015, a true and correct copy of the above and

foregoing document was served on Jay Brandon, Assistant District Attorney at the Bexar

County District Attorney's Office, by electronic mail to jay.brandon@bexar.org.


By: /s/ *Gerald H. Goldstein*
Gerald H. Goldstein